UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:12-cv-00299-SVW-JEM | Date | March 12, 2012 |
|---|---|---|---|
| Title | Arman Atanesyan v. Nissan Infiniti LT | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Kane Tien | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

      The Court, on February 17, 2012, issued an order to show cause why this action should not be dismissed for lack of prosecution. To date, plaintiff has failed to respond to the Court's order. Therefore, the matter is dismissed.

:

Initials of Preparer      KTI